COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR REHEARING
## AND EN BANC RECONSIDERATION

Case number:     01-16-00079-CR

Style: *Frederick Anthony Davis, Appellant v. The State of Texas*, *Appellee*,
       No. 01-16-00079-CR

Type of motion:          Motion for rehearing and en banc reconsideration

Party filing motion:     Appellant

The panel has voted to deny appellant's motion for rehearing.  The en banc court has voted to deny appellant's motion for rehearing en banc.

Accordingly, it is **ordered** that appellant's motions for rehearing and en banc consideration are **denied**.

Judge's signature:  /s/ Jane Bland _____
                         Acting for the Court

Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd, sitting en banc.

Jennings, J., dissenting from the denial of en banc reconsideration.

Date: June 8, 2017